**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENZEL D. JOHNSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-1305 |
| v. | ) | Judge Nora Barry Fischer |
| | ) | Magistrate Judge Maureen P. Kelly |
| DR. LAUREL HARRY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 31st day of August, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Maureen P. Kelly dated August 6, 2026, (Docket No. 9), recommending that this case be dismissed, without prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Petitioner by August 24, 2026, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of August 6, 2026, (Docket No. 9), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that this case (Docket No. 1) is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff has persistently failed to submit a certified copy of an inmate account statement and did not do so in response to separate orders of the Magistrate Judge dated September 16, 2025 (Docket No. 2), November 3, 2025, (Docket No. 6), and June 25, 2026, (Docket No. 8), directing

him to submit a certified copy of his inmate account statement and/or to show cause why this matter should not be dismissed, without prejudice, for failure to prosecute, that he is solely responsible for prosecuting this case as a pro se Plaintiff, there are no other available sanctions to remedy his failure to prosecute as monetary sanctions are inappropriate given his pro se status, and the Magistrate Judge's evaluation of the merits of the Complaint indicating that it is unclear that his claims have merit, and such facts showing Plaintiff's dilatoriness are further buttressed by his failure to file any objections to the Report and Recommendation by the deadline of August 24, 2026 through the date of this Order; and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Maureen P. Kelly

cc: Denzel D. Johnson, Sr.
MS7487
SCI-Fayette
50 Overlook Drive
La Belle, PA 15450 (via first class mail)